UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| MICHAEL STOCH, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | Case No. 22-cv-4231 |
| | ) | |
| v. | ) | Hon. Steven C. Seeger |
| | ) | |
| CITY OF CHICAGO, CHICAGO POLICE OFFICERS D. SANCHEZ, #18112, JAMES FRANCIS, #19345, CHIEF JOSE TIRADO, #243, DETECTIVE SEAN INSLEY, #21369, | ) | |
| | ) | |
| Defendants. | ) | |

**SCHEDULING ORDER UNDER RULE 16(b)**

The Court received the parties' Joint Initial Status Report, which contained a proposed discovery plan as required by Rule 26(f)(2). Based on the discovery plan proposed by the parties, the Court hereby sets the following scheduling order under Rule 16(b). The Court will modify this schedule "only for good cause." *See* Fed. R. Civ. P. 16(b)(4).

| Event | Deadline |
|---|---|
| Amendment to Pleadings | Plaintiff does not anticipate amending pleadings, but should any defendants be identified through the course of discovery, Plaintiff may seek leave to amend |
| Service of process on any "John Does" | Should any defendants be identified through the course of discovery, Plaintiff make seek leave to amend. Defendants have moved to dismiss any John Doe Defendants. Dkt. 21. |
| Rule 26(a) Disclosures | November 8, 2022 |

| Issue Written Discovery | November 29, 2022 |
| --- | --- |
| Completion of Fact Discovery | April 25, 2023 |
| Disclosure of Plaintiff's Expert Report(s) | May 25, 2023 |
| Deposition of Plaintiff's Expert | June 25, 2023 |
| Disclosure of Defendant's Expert Report(s) | July 25, 2023 |
| Deposition of Defendant's Expert | August 25, 2023 |
| Dispositive Motions | September 25, 2023 |

Date:   October 31, 2022

Steven C. Seeger
United States District Judge